IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-90-424 (02) |
| | § | CIVIL ACTION NO. G-05-141 |
| GERMAN DUQUE | § | |

**FINAL JUDGMENT**

Pursuant to this Court's Opinion and Order of even date herewith, the "Motion Under

28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody"

(Instrument no. 445) of German Duque is **DENIED** in its entirety.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this 29<u>th</u> day of April, 2005.

_____

Samuel B. Kent

United States District Judge